Argued and submitted October 30, reversed and remanded for reconsideration
November 27, 1991

In the Matter of the Compensation of
Norman Winter, Claimant.
BOWERS EXCAVATING
and Liberty Northwest Insurance,
*Petitioners,*

*v.*

Norman WINTER,
*Respondent.*
(WCB 89-14002; CA A68466)
820 P2d 466

Adam T. Stamper, Medford, argued the cause for petitioners. With him on the brief was Cowling & Heysell, Medford.

Peter J. Richard, Klamath Falls, argued the cause for respondent. With him on the brief was Aspell, Della-Rose & Richard, Klamath Falls.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

Reversed and remanded for reconsideration. *Aetna Casualty Co. v. Aschbacher*, 107 Or App 494, 812 P2d 844, *rev den* 312 Or 150 (1991).